No. 09A827 (09-1250). Richard I. Fine, Applicant v. Leroy D. Baca, Sheriff, Los Angeles County, California, et al.

559 U.S. 1090, 130 S. Ct. 2396, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3572.

April 26, 2010. Application for stay, addressed to Justice Ginsburg and referred to the Court, denied.

No. 09M86. Oscar Roy Doster, Petitioner v. Texas.

559 U.S. 1091, 130 S. Ct. 2396, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3666.

April 26, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

No. 09M87. Rosalinda Tull, Petitioner v. City of New York, New York, et al.

559 U.S. 1091, 130 S. Ct. 2396, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3594.

April 26, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 09M88. Robert T. Doby, Petitioner v. Stan Burtt, Warden.

559 U.S. 1091, 130 S. Ct. 2397, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3522.

April 26, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 09-960. William H. Hogan, in His Official Capacity as Commissioner of Alaska Department of Health and Human Services, et al., Petitioners v. Kaltag Tribal Council, et al.

559 U.S. 1091, 130 S. Ct. 2397, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3574.

April 26, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 09-9137. Keith Robert Caldwell, Sr., Petitioner v. United States Tax Court, et al.

559 U.S. 1091, 130 S. Ct. 2397, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3639.

April 26, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 09-9281. Nina Shahin, Petitioner v. Delaware, et al.

559 U.S. 1091, 130 S. Ct. 2398, 176 L. Ed. 2d 766, 2010 U.S. LEXIS 3515.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 17, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.